B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Connecticut | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cable Ready Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**06-1430165** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**98 East Avenue<br>Norwalk, CT**<br>ZIP Code **06851** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."     ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cable Ready Corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                            Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Cable Ready Corporation**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Elizabeth J. Austin**
Signature of Attorney for Debtor(s)

 **Elizabeth J. Austin  402439**
Printed Name of Attorney for Debtor(s)

 **Pullman & Comley, LLC**
Firm Name
  **850 Main Street**
  **8th Floor**
  **Bridgeport, CT 06604**

Address

  **203-330-2000  Fax: 203-576-8888**
Telephone Number
  **June 21, 2013**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Gary Lico**
Signature of Authorized Individual
  **Gary Lico**
Printed Name of Authorized Individual
  **President**
Title of Authorized Individual
  **June 21, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   **Cable Ready Corporation**                   Case No. _____

Debtor(s)                Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **4121082 CANADA INC.**<br>**John Kuyk**<br>**640 Notre Dame, Suite 100**<br>**Sain - Lambert,**<br>**Quebec , Canada J4P 2L1** | **4121082 CANADA INC.**<br>**John Kuyk**<br>**640 Notre Dame, Suite 100**<br>**Quebec , Canada J4P 2L1** | | | **55,004.41** |
| **Actors Studio, Inc.**<br>**432 W. 44th Street**<br>**New York, NY 10036** | **Actors Studio, Inc.**<br>**432 W. 44th Street**<br>**New York, NY 10036** | | | **186,116.36** |
| **Buck Productions**<br>**18 Camden Street**<br>**Toronto M5V 1V1**<br>**Toronto, CANADA** | **Buck Productions**<br>**18 Camden Street**<br>**Toronto M5V 1V1**<br>**Toronto, CANADA** | | | **247,159.16** |
| **Burrud Productions Inc.**<br>**468 North Camden Drive**<br>**2nd Floor**<br>**Beverly Hills, CA 90210** | **Burrud Productions Inc.**<br>**468 North Camden Drive**<br>**2nd Floor**<br>**Beverly Hills, CA 90210** | | | **77,812.71** |
| **Connecticut Community Bank N.A**<br>**d/b/a Norwalk Bank & Trust**<br>**605 West Avenue**<br>**Norwalk, CT 06850** | **Connecticut Community Bank N.A**<br>**d/b/a Norwalk Bank & Trust**<br>**605 West Avenue**<br>**Norwalk, CT 06850** | **Guaranty of Cable Ready Productions Obligation** | | **209,000.00** |
| **Force Quit Productions, Inc.**<br>**59 Wilshire Boulevard**<br>**Suite 2250**<br>**Los Angeles, CA 90036** | **Force Quit Productions, Inc.**<br>**59 Wilshire Boulevard**<br>**Suite 2250**<br>**Los Angeles, CA 90036** | | | **50,000.00** |
| **LMNO Cable Group, Inc.**<br>**15821 Ventura Boulevard**<br>**Suite 320**<br>**Encino, CA 91436** | **LMNO Cable Group, Inc.**<br>**15821 Ventura Boulevard**<br>**Suite 320**<br>**Encino, CA 91436** | | | **51,937.50** |
| **MedStar Communications, Inc.**<br>**5100 Tilghman Street**<br>**Suite 365**<br>**Allentown, PA 18104** | **MedStar Communications, Inc.**<br>**5100 Tilghman Street**<br>**Suite 365**<br>**Allentown, PA 18104** | | | **581,138.53** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Cable Ready Corporation**                            Case No.                          

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Michael Hoff Productions, Inc.<br>5900 Hollis Street<br>Suite "O"<br>Emeryville, CA 94608 | Michael Hoff Productions, Inc.<br>5900 Hollis Street<br>Suite "O"<br>Emeryville, CA 94608 | | | 122,354.87 |
| National Geographic Internatl<br>1145 17th Street, NW<br>Washington, DC 20036 | National Geographic Internatl<br>1145 17th Street, NW<br>Washington, DC 20036 | | | 49,915.64 |
| NBC/Bravo<br>Holly Tang<br>30 Rockefeller Plaza<br>Room 813 East<br>New York, NY 10112 | NBC/Bravo<br>Holly Tang<br>30 Rockefeller Plaza<br>New York, NY 10112 | | | 207,154.38 |
| New York Times Television<br>620 8th Avenue<br>5th Floor<br>New York, NY 10018 | New York Times Television<br>620 8th Avenue<br>5th Floor<br>New York, NY 10018 | | | 169,167.33 |
| Peleton Entertainment<br>Attn: Jenn Lia<br>33 Tower Drive<br>Darien, CT 06820 | Peleton Entertainment<br>Attn: Jenn Lia<br>33 Tower Drive<br>Darien, CT 06820 | | | 33,556.88 |
| Re: Source Media<br>Attn: Kevin Fox<br>55 Administration Rd Suite 22<br>Concord, ON L4K4G9<br>CANADA | Re: Source Media<br>Attn: Kevin Fox<br>55 Administration Rd Suite 22<br>CANADA | | | 34,724.75 |
| Reelz Channel<br>5650 University Avenue SE<br>Building D<br>Albuquerque, NM 87106 | Reelz Channel<br>5650 University Avenue SE<br>Building D<br>Albuquerque, NM 87106 | | | 193,036.66 |
| Scott Patrick Productions<br>8000 East Prentice Avenue<br>C-7<br>Englewood, CO 80112 | Scott Patrick Productions<br>8000 East Prentice Avenue<br>C-7<br>Englewood, CO 80112 | | | 31,718.70 |
| Tony Award Productions<br>1650 Broadway<br>Suite 800<br>New York, NY 10019 | Tony Award Productions<br>1650 Broadway<br>Suite 800<br>New York, NY 10019 | | | 33,943.84 |
| TruTV<br>Attn: Laura Forti<br>One Time Warner Circle<br>New York, NY 10019 | TruTV<br>Attn: Laura Forti<br>One Time Warner Circle<br>New York, NY 10019 | | | 155,827.62 |
| TV Guide Television Group<br>Attn:Stacy Lifton<br>1800 North Highland Avenue<br>Los Angeles, CA 90028 | TV Guide Television Group<br>Attn:Stacy Lifton<br>1800 North Highland Avenue<br>Los Angeles, CA 90028 | | | 229,907.71 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Cable Ready Corporation**                                    Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **WE: Women's Entertainment, LLC c/o AMC Networks Accounting 11 Penn Plaza, 16th Floor New York, NY 10001** | **WE: Women's Entertainment, LLC c/o AMC Networks Accounting 11 Penn Plaza, 16th Floor New York, NY 10001** | | | 43,933.36 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date    **June 21, 2013**                    Signature    **/s/ Gary Lico**
                                                          **Gary Lico**
                                                          **President**


    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re    **Cable Ready Corporation**                 ,     Case No. _____

                              Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 3,168,678.53 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,470,001.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 2,988,522.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 3,168,678.53 | | |
| Total Liabilities | | | | 4,458,523.32 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Connecticut

In re    **Cable Ready Corporation**                                            ,    Case No. _____

                                              Debtor

                                              Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Cable Ready Corporation**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Cable Ready Corporation**                                        ,        Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty Cash** | - | 250.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Norwalk Bank & Trust**<br>**Acct. No: 1308196** | - | 1.00 |
| | | **HSBC**<br>**Acct. No: 031-73715-3** | - | 50,768.38 |
| | | **Norwalk Bank & Trust**<br>**Acct. No: 1151380** | - | 442.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **100 East Ave. LLC d/d/a 98 East Avenue Properties**<br>**Security Deposit** | - | 14,932.83 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        66,394.21
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Cable Ready Corporation**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **25% of 100 East Avenue LLC** | **-** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable - Earned and Billed See Schedule B Attachment-1** | **-** | **902,958.51** |
| | | **Accounts Receivable- Earned but not billed.** | **-** | **1,550,551.94** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **2,453,510.45**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Cable Ready Corporation**                        ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment & Furniture** | - | 27,471.25 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Program Assets** | - | 568,573.22 |

Sub-Total >    **596,044.47**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Cable Ready Corporation** ,                    Case No. _____
                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Prepaid Expenses (Convention, insurance, misc.)** | - | **13,403.23** |
| | | **Employee Receivables** | - | **24,249.34** |
| | | **Employee Commission Advances** | - | **15,076.83** |

| | | |
|---|---|---|
| Sub-Total > (Total of this page) | | **52,729.40** |
| Total > | | **3,168,678.53** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Schedule B
Attachment 1

**CABLEready Corporation**
*98 East Avenue*
*Norwalk, CT 06851-5019*

## Receivables Reconciliation [Summary]
6/20/13

| Name | Total Due | 0 - 30 | 31 - 60 | 61 - 90 | 90+ |
|---|---|---|---|---|---|
| Aaron Avruskin | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Agonset Sh.p.k | $4,200.00 | $2,400.00 | $0.00 | $1,800.00 | $0.00 |
| Ananey Communications | $1,650.00 | $1,650.00 | $0.00 | $0.00 | $0.00 |
| Antena 3 Televsision S.A. | $182,658.22 | $0.00 | $43,468.90 | $0.00 | $139,189.32 |
| British Sky Broadcasting Limited | $20,352.78 | $10,176.39 | $10,176.39 | $0.00 | $0.00 |
| CABLEready Productions | $187,506.00 | $1,388.11 | $5,329.00 | $56,298.23 | $124,490.66 |
| CANAL & CYFROWY Sp. z.o.o. | $6,515.00 | $6,650.00 | $0.00 | $0.00 | ($135.00) |
| Canamedia | $20,320.00 | $0.00 | $20,320.00 | $0.00 | $0.00 |
| Chello Latin America | $8,200.00 | $8,200.00 | $0.00 | $0.00 | $0.00 |
| CLT-UFA S.A. (Dutch | ($4,175.00) | $0.00 | ($4,175.00) | $0.00 | $0.00 |
| David Brumel | $137.18 | $0.00 | $0.00 | $137.18 | $0.00 |
| Deka Partners Corp. | $15,300.00 | $0.00 | $0.00 | $0.00 | $15,300.00 |
| Delta TV | ($10,800.00) | $0.00 | $0.00 | $0.00 | ($10,800.00) |
| Discovery Communications, LLC | $35,000.00 | $17,500.00 | $17,500.00 | $0.00 | $0.00 |
| Discovery Networks Asia-Pacific | $8,400.00 | $0.00 | $0.00 | $0.00 | $8,400.00 |
| Distribuidora De Television | $2,700.00 | $0.00 | $0.00 | $0.00 | $2,700.00 |
| Distribuidora De Television Digital | $9,654.75 | $0.00 | $9,654.75 | $0.00 | $0.00 |
| Electronic Media Network (Pty) | $2,100.00 | $2,100.00 | $0.00 | $0.00 | $0.00 |
| Entertainment Associates Inc. | $10,822.00 | $0.00 | $10,822.00 | $0.00 | $0.00 |
| Entertainment In Motion | $7,805.00 | $1,170.00 | $2,375.00 | $0.00 | $4,260.00 |
| Eric Benitez | $634.36 | $20.38 | $0.00 | $0.00 | $613.98 |
| FOXTEL Management Pty Limited | $112,976.29 | $92,981.31 | $19,994.98 | $0.00 | $0.00 |
| Gary Lico | $2,239.45 | $0.00 | $0.00 | $0.00 | $2,239.45 |
| Global Telemedia | $36.01 | $0.00 | $0.00 | $0.00 | $36.01 |
| HorseOne | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| HUBU Media Inc. | $1,400.00 | $0.00 | $0.00 | $0.00 | $1,400.00 |
| In The Moment Production | $4,000.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 |
| Jessica Ahoubim | $419.87 | $0.00 | $0.00 | $419.87 | $0.00 |
| Robert Kennedy | ($204.20) | $0.00 | ($204.20) | $0.00 | $0.00 |
| Krea Icerik Hizmetleri Ve | $4,000.00 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| LLC "Viasat Da Vinci" | $1,950.00 | $975.00 | $0.00 | $0.00 | $975.00 |
| Lou Occhicone | $472.36 | $0.00 | $0.00 | $29.82 | $442.54 |
| Maurizio Tavares | $183.25 | $0.00 | $91.22 | $92.03 | $0.00 |
| MTV OY | $6,650.00 | $6,650.00 | $0.00 | $0.00 | $0.00 |
| NBC Universal Global Networks | $18,652.63 | $18,652.63 | $0.00 | $0.00 | $0.00 |
| Noga Communications Ltd. | $3,300.00 | $0.00 | $0.00 | $0.00 | $3,300.00 |
| Peter DeJong | $149.51 | $0.00 | $0.00 | $0.00 | $149.51 |
| Plum Media LLC | $13,500.00 | $0.00 | $13,500.00 | $0.00 | $0.00 |
| Polsat Ltd | $15,300.00 | $15,300.00 | $0.00 | $0.00 | $0.00 |
| PRAMER SCA | $16,700.00 | $16,700.00 | $0.00 | $0.00 | $0.00 |
| Regal Media | $10,200.00 | $0.00 | $0.00 | $0.00 | $10,200.00 |
| SKY Networks | $2,500.00 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| Stream Television Company | $5,250.00 | $5,250.00 | $0.00 | $0.00 | $0.00 |
| Sveriges Television AB | $55,000.00 | $55,000.00 | $0.00 | $0.00 | $0.00 |
| TV4 AB | ($6,600.00) | $0.00 | $0.00 | $0.00 | ($6,600.00) |
| U-7 Group est. | $800.00 | $800.00 | $0.00 | $0.00 | $0.00 |
| UKTV | $19,787.43 | $19,787.43 | $0.00 | $0.00 | $0.00 |
| Vox Film und Ferseh-GmbH & Co. | $148.05 | $0.00 | $148.05 | $0.00 | $0.00 |
| Zed | $47,511.02 | $48,659.94 | $0.00 | $0.00 | ($1,148.92) |
| Zonemedia Broadcasting LTD | $55,656.25 | $0.00 | $0.00 | $0.00 | $55,656.25 |
| | | | | | |
| Total: | $902,958.21 | $340,011.19 | $149,001.09 | $60,777.13 | $353,168.80 |
| Aging Percent: | | $0.38 | $0.17 | $0.07 | $0.39 |

B6D (Official Form 6D) (12/07)

In re   **Cable Ready Corporation** _____,   Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **Security Deposit Funds** | | | | | |
| **100 East Avenue, LLC** **c/o WFL Real Estate Svs. LLC** **161 East Avenue, Suite #104** **Norwalk, CT 06851** | | - | | | | X | | | |
| | | | | Value $              14,932.83 | | | | 1.00 | 0.00 |
| Account No. **Loan No. 1151687** | | | | **January 23, 2009** | | | | | |
| **Connecticut Community Bank N.A** **d/b/a Norwalk Bank & Trust** **605 West Avenue** **Norwalk, CT 06850** | X | - | | **Security Agrrement & UCC-1** **All Assets** | | | | | |
| | | | | Value $           3,168,678.53 | | | | 1,470,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 1,470,001.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,470,001.00 | 0.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/13)

In re  **Cable Ready Corporation**                                                Case No. _____
                                                     ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Cable Ready Corporation** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **4121082 CANADA INC. John Kuyk 640 Notre Dame, Suite 100 Sain - Lambert, Quebec , Canada J4P 2L1** | - | | | | | | **55,004.41** |
| Account No. | | | | | | | |
| **Actors Studio, Inc. 432 W. 44th Street New York, NY 10036** | | | | | | | **186,116.36** |
| Account No. | | | | | | | |
| **Aito Media Hameentie 157☐☐ 4th Floor 00560☐☐ Helsinkie, Finland** | - | | | | | | **23,240.00** |
| Account No. | | | | | | | |
| **Anthem BCBS PO Box 1168 Newark, NJ 07101-1168** | - | | | | | | **720.06** |
| __12__  continuation sheets attached | | | Subtotal (Total of this page) | | | | **265,080.83** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cable Ready Corporation**                                      ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **AT&T Mobility**<br>**PO Box 537104**<br>**Atlanta, GA 30353-7104** | - | | | | | | 891.33 |
| Account No. | | | | | | | |
| **Atomic Films**<br>**dba:Spaceage Television**<br>**1301 47th Ave., NE**<br>**Saint Petersburg, FL 33703** | - | | | | | | 12,484.50 |
| Account No. | | | | | | | |
| **Avec Eric LLC**<br>**536 Broadway**<br>**11th Floor**<br>**New York, NY 10012** | - | | | | | | 1,568.71 |
| Account No. | | | | | | | |
| **Bat Guys Production, Inc.**<br>**380 Adelaide Street West**<br>**3rd Floor**<br>**Toronto**<br>**ONTARIO  M5V 1R7 CANADA** | - | | | | | | 2,310.00 |
| Account No. | | | | | | | |
| **Bosch Media Group**<br>**15873 Old Stonebridge Trail**<br>**Brainerd, MN 56401** | - | | | | | | 21,290.43 |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,544.97

B6F (Official Form 6F) (12/07) - Cont.

In re **Cable Ready Corporation**                                      ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Buck Productions 18 Camden Street Toronto M5V 1V1 Toronto, CANADA** | | - | | | | | | 247,159.16 |
| Account No. **Burrud Productions Inc. 468 North Camden Drive 2nd Floor Beverly Hills, CA 90210** | | - | | | | | | 77,812.71 |
| Account No. **Canon Financial Services, Inc. 14904 Collections Center Drive Chicago, IL 60693-0149** | | - | | | | | | 769.00 |
| Account No. **Connecticut Community Bank N.A d/b/a Norwalk Bank & Trust 605 West Avenue Norwalk, CT 06850** | X | - | | **Guaranty of Cable Ready Productions Obligation** | | | | 209,000.00 |
| Account No. **Connecticut Community Bank NA PO Box 309 Westport, CT 06881-0309** | | - | | | | | | 7,595.00 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    542,335.87

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cable Ready Corporation**                       ,     Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Craterlion Productions LLC c/o Jim Brasher 16117 W. Sunset Boulevard #103 Pacific Palisades, CA 90272 | - | | | | | | | 2,800.00 |
| Account No. | | | | | | | | |
| Deep Explorers, Inc. dba Dan Crowell Media PO Box 302 Brielle, NJ 08730 | - | | | | | | | 875.00 |
| Account No. | | | | | | | | |
| Echo Pictures Marc Doyle 2514 GA Highway 192 South Twin City, GA 30471 | - | | | | | | | 2,245.95 |
| Account No. | | | | | | | | |
| FED EX PO BOX 371461 Pittsburgh, PA 15250-7461 | - | | | | | | | 1,745.50 |
| Account No. | | | | | | | | |
| Force Quit Productions, Inc. 59 Wilshire Boulevard Suite 2250 Los Angeles, CA 90036 | - | | | | | | | 50,000.00 |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
      (Total of this page)        57,666.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cable Ready Corporation**                                          ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Global Telemedia Group, Inc.** **PO Box 990604** **Boston, MA 02199** | - | | | | | | 8,287.50 |
| Account No. | | | | | | | |
| **Hidden Treasures Production In** **Stuart B. Rekant** **56 West 45th Street** **Suite 805** **New York, NY 10036** | - | | | | | | 212.50 |
| Account No. | | | | | | | |
| **High Five Entertainment Inc.** **500 Church Street** **Suite 600** **Nashville, TN 37219** | - | | | | | | 787.50 |
| Account No. | | | | | | | |
| **Into the Wild, LLC** **108 South 12th Street** **Tampa, FL 33602** | - | | | | | | 394.59 |
| Account No. | | | | | | | |
| **Katipo Productions** **The Old Fire Station** **140 Tabernacle Street,** **London, EC2A 4SD** **London, UK** | - | | | | | | 74.90 |

Sheet no. __4__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **9,756.99**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cable Ready Corporation**                                    ,                    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x0016** | | | | | | | | |
| KPI 39 Broadway, 3rd Floor New York, NY 10006 | - | | | | | | | 2,310.00 |
| Account No. | | | | | | | | |
| Lightship Entertainment, Inc. 2200 NE 26th Street Suite "M" Wilton Manors, FL 33305 | - | | | | | | | 1,155.00 |
| Account No. | | | | | | | | |
| Lionsgate Entertainment Accounts Department 2700 Colorado Avenue Santa Monica, CA 90404 | - | | | | | | | 17,771.33 |
| Account No. | | | | | | | | |
| LMNO Cable Group, Inc. 15821 Ventura Boulevard Suite 320 Encino, CA 91436 | - | | | | | | | 51,937.50 |
| Account No. | | | | | | | | |
| McGladrey, LLP 5155 Paysphere Circle Chicago, IL 60674 | - | | | | | | | 1,250.00 |

| Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 74,423.83 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cable Ready Corporation** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Media Entertainment, Inc. Attn: Sue Emery 13194 US Highway 301 South Suite 320 Riverview, FL 33569 | - | | | | | | | 1,260.00 |
| Account No. | | | | | | | | |
| MedStar Communications, Inc. 5100 Tilghman Street Suite 365 Allentown, PA 18104 | - | | | | | | | 581,138.53 |
| Account No. | | | | | | | | |
| Merit Entertainment, Inc. 248 Princess Street Winnipeg Manitoba R3B1M2 CANADA | - | | | | | | | 6,370.00 |
| Account No. | | | | | | | | |
| Michael Hoff Productions, Inc. 5900 Hollis Street Suite "O" Emeryville, CA 94608 | - | | | | | | | 122,354.87 |
| Account No. | | | | | | | | |
| Murphy Entertainment Group c/o Television Wisconsin Inc. 7025 Raymond Road Madison, WI 53719 | - | | | | | | | 18,241.71 |

Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

729,365.11

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Cable Ready Corporation** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| National Geographic 1145 17th Street, NW Washington, DC 20036 | - | | | | | | | 14,059.76 |
| Account No. | | | | | | | | |
| National Geographic Internatl 1145 17th Street, NW Washington, DC 20036 | - | | | | | | | 49,915.64 |
| Account No. | | | | | | | | |
| NBC/Bravo Holly Tang 30 Rockefeller Plaza Room 813 East New York, NY 10112 | - | | | | | | | 207,154.38 |
| Account No. | | | | | | | | |
| New York Times Television 620 8th Avenue 5th Floor New York, NY 10018 | - | | | | | | | 169,167.33 |
| Account No. | | | | | | | | |
| Northeast Utilities PO Box 2960 Hartford, CT 06104-2960 | - | | | | | | | 706.16 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    441,003.27

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cable Ready Corporation** _____ ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Pavia & Harcourt 590 Madison Avenue 8th Floor New York, NY 10022 | - | | | | | | | 374.64 |
| Account No. | | | | | | | | |
| Peleton Entertainment Attn: Jenn Lia 33 Tower Drive Darien, CT 06820 | - | | | | | | | 33,556.88 |
| Account No. | | | | | | | | |
| Pencil Media PTE Ltd. Content Asia 730A Geylang Road 389641 Singapore ASIA | - | | | | | | | 1,350.00 |
| Account No. | | | | | | | | |
| Re: Source Media Attn: Kevin Fox 55 Administration Rd Suite 22 Concord, ON L4K4G9 CANADA | - | | | | | | | 34,724.75 |
| Account No. | | | | | | | | |
| Reelz Channel 5650 University Avenue SE Building D Albuquerque, NM 87106 | - | | | | | | | 193,036.66 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          263,042.93

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cable Ready Corporation**                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Scott Patrick Productions** **8000 East Prentice Avenue** **C-7** **Englewood, CO 80112** | - | | | | | | | 31,718.70 |
| Account No. | | | | | | | | |
| **Screaming Flea Productions Inc** **Attn: Lisa Hirotani White** **5950 6th Avenue South** **Suite 109** **Seattle, WA 98108** | - | | | | | | | 910.00 |
| Account No. | | | | | | | | |
| **Season On The Edge LLC** **Argoworks** **5425 Ocean View Boulevard** **La Canada Flintridge, CA 91011** | - | | | | | | | 12,338.48 |
| Account No. | | | | | | | | |
| **Snagfilms, Inc.** **1717 Rhode Island Avenue, NW** **Washington, DC 20036** | - | | | | | | | 8,085.00 |
| Account No. | | | | | | | | |
| **Spacecraft Films** **1799 West 5th Avenue** **#118** **Columbus, OH 43212** | - | | | | | | | 3,417.54 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,469.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cable Ready Corporation**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Speed Channel, Inc. Kevin Wilson 1220 West W.T. Harris Blvd. Charlotte, NC 28262 | - | | | | | | | 6,296.87 |
| Account No. | | | | | | | | |
| Standard Oil of Connecticut In PO Box 9701 Stratford, CT 06615 | - | | | | | | | 628.29 |
| Account No. | | | | | | | | |
| Stanley Convergent Security Solutions Dept. Ch 10651 Palatine, IL 60055 | - | | | | | | | 499.89 |
| Account No. | | | | | | | | |
| Steve Cheskin 809 Woodside Parkway Silver Spring, MD 20910 | - | | | | | | | 4,333.34 |
| Account No. | | | | | | | | |
| The Lippin Group, Inc. 6100 Wilshire Boulevard, #400 Los Angeles, CA 90048-5111 | - | | | | | | | 8,000.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,758.39

B6F (Official Form 6F) (12/07) - Cont.

In re     **Cable Ready Corporation** _____ ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Todd English Productions, LLC First Avenue Suite 206 Charlestown, MA 02129 | - | | | | | | | 5,562.43 |
| Account No. | | | | | | | | |
| Tony Award Productions 1650 Broadway Suite 800 New York, NY 10019 | - | | | | | | | 33,943.84 |
| Account No. | | | | | | | | |
| TruTV Attn: Laura Forti One Time Warner Circle New York, NY 10019 | - | | | | | | | 155,827.62 |
| Account No. | | | | | | | | |
| TV Guide Television Group Attn:Stacy Lifton 1800 North Highland Avenue Los Angeles, CA 90028 | - | | | | | | | 229,907.71 |
| Account No. | | | | | | | | |
| Universal Business Equipment PO Box 55310 Bridgeport, CT 06610 | - | | | | | | | 529.52 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

425,771.12

B6F (Official Form 6F) (12/07) - Cont.

In re **Cable Ready Corporation** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| WE: Women's Entertainment, LLC c/o AMC Networks Accounting 11 Penn Plaza, 16th Floor New York, NY 10001 | | - | | | | | 43,933.36 |
| Account No. | | | | | | | |
| Weather Channel, Inc. Lockbox 101535 3585 Atlanta Avenue Hapeville, GA 30354 | | - | | | | | 19,387.50 |
| Account No. | | | | | | | |
| WFL Real Estate Services 162 East Avenue Suite 1A Norwalk, CT 06851 | | - | | | | | 670.00 |
| Account No. | | | | | | | |
| Wine Portfolio Media Group Inc Jennifer Strange 55 Administration Road Unit 22 Concord, ON L4K 4G9 CANADA | | - | | | | | 1,311.98 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        65,302.84

Total
(Report on Summary of Schedules)        2,988,522.32

B6G (Official Form 6G) (12/07)

.

In re    **Cable Ready Corporation**

,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **100 East Avenue, LLC**<br>**c/o WFL Real Estate Svs. LLC**<br>**161 East Avenue, Suite #104**<br>**Norwalk, CT 06851** | **Real Estate Lease Agreement for the space located at 98 East Avenue, Norwalk CT** |
| **412082 Canada, Inc.**<br>**Attn: Off. Mgr. Gen. Agent**<br>**640 Notre Dame, Suite 100**<br>**Saint-Lambert, Quebec J4P 2L1**<br>**CANADA** | **Television Distribution Agreement** |
| **Actors Studio, Inc.**<br>**Attn: James Lipton Exec. Prod.**<br>**1633 Broadway, 27th Floor**<br>**New York, NY 10019** | **Television Distribution Agreement** |
| **Aito Media**<br>**Attn: Eero Hietala**<br>**Hameentie 157, 4th Floor**<br>**00560**<br>**Helsinkie, Finland** | **Television Distribution Agreement** |
| **Atomic Age Films dba**<br>**Space Age Television**<br>**Attn: Off., Mgr., or Gen Agent**<br>**475 2nd Street North #303**<br>**Saint Petersburg, FL 33701** | **Television Distribution Agreement** |
| **Avec Eric, LLC**<br>**Attn: Officer, Manager or**<br>**General Agent**<br>**536 Broadway, 11th Floor**<br>**New York, NY** | **Television Distribution Agreement** |
| **Blue Chip Films, LLC**<br>**Attn: Nick Verbitsky**<br>**23 South Main Street**<br>**Norwalk, CT 06850** | **Television Distribution Agreement** |
| **Bosch Media Group**<br>**Attn: Officer, Manager**<br>**or General Agent**<br>**2172 Ann Arbor Street**<br>**Saint Paul, MN 55104** | **Television Distribution Agreement** |

**6**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Cable Ready Corporation**                                                  ,    Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bosch Media, LLC**<br>**Attn: Dale Bosch**<br>**2172 Ann Arbor Street**<br>**Saint Paul, MN 55105** | **Television Distribution Agreement** |
| **Buck Productions**<br>**Attn: Jim Kiriakakis**<br>**543 Richmond St. West, Ste 201**<br>**Toronto Canada M5V 1Y6**<br>**CANADA** | **Television Distribution Agreement** |
| **Burrud Productions, Inc.**<br>**Attn: John Burrud**<br>**468 North Camden Drive**<br>**Second Floor**<br>**Beverly Hills, CA 90210** | **Television Distribution Agreement** |
| **Canamedia**<br>**Attn: Off., Mgr., Gen. Agent**<br>**2 Pardee Avenue Ste. 102**<br>**Toronto Ontario**<br>**CANADA M6K 3H5** | **Television Distribution Agreement** |
| **Canon Business Solutions Inc.**<br>**4 Ohio Drive**<br>**New Hyde Park, NY 11042** | **Maintenance Agreement for Copier/Scanner** |
| **Canon Financial Services, Inc.**<br>**14904 Collections Center Dr.**<br>**Chicago, IL 60693** | **Lease Agreement for Copier/Scanner** |
| **City Lights International dba**<br>**City Lights Pictures**<br>**Attn: Off., Mgr., Gen. Agent**<br>**6 East 39th Street**<br>**New York, NY 10016** | **Television Distribution Agreement** |
| **Courtroom Television**<br>**Network, LLC**<br>**Attn: Off., Mgr, or Gen. Agent**<br>**600 Third Avenue**<br>**New York, NY 10016** | **Television Distribution Agreement** |
| **Craterlion Introductions**<br>**Attn: Officer, Manager or**<br>**General Agent**<br>**1941 Caversham Way**<br>**Folsom, CA 95630** | **Television Distribution Agreement** |

Sheet ___1___ of ___6___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                  Best Case Bankruptcy

In re    **Cable Ready Corporation**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Deep Explorers Inc.**<br>**Attn Off., Mgr. Gen. Agent**<br>**dba Dan Crowell Media Produc.**<br>**P.O. Box 302**<br>**Brielle, NJ 08730** | **Television Distribution Agreement** |
| **Discovery Communications, LLC**<br>**Attn: Debbie Myers**<br>**One Discovery Place**<br>**Silver Spring, MD 20910** | **Television Distribution Agreement** |
| **Extreme Esther Productions,Inc**<br>**Attn: Off, Mgr. Gen. Agent**<br>**280 Adelaide St. West  3d Fl**<br>**Toronto Ontario**<br>**Canada M5V 1R7** | **Television Distribution Agreement** |
| **Force Quit Productions, Inc.**<br>**Attn: Officer, Manager or**<br>**      General Agent**<br>**6600 Lexington Avenue**<br>**Los Angeles, CA 90038** | **Television Distribution Agreement** |
| **Goddunnit Promotions**<br>**Attn: Officer, Manager or**<br>**      General Agent**<br>**PO Box 312**<br>**Juliasdale, Zimbabwe** | **Television Distribution Agreement** |
| **Great Museums LLC**<br>**Attn: Officer, Manager or**<br>**      General Agent**<br>**2514 Highway 192 South**<br>**Twin City, GA 30471** | **Television Distribution Agreement** |
| **Harmony Entertainment, Inc.**<br>**Attn: Jeff Stecyk**<br>**2704 10th Avenue**<br>**Saskatchewan**<br>**CANADA S4T 1E9** | **Television Distribution Agreement** |
| **Hearst-Argyle Television Inc.**<br>**Attn: Officer, Manager or**<br>**      General Agent**<br>**300 West 57th Street**<br>**New York, NY 10019** | **Television Distribution Agreement** |
| **Hidden Treasures Production In**<br>**Attn: Officer, Manager or**<br>**General Agent**<br>**1180 Ave. of Americas 14th Fl.**<br>**New York, NY 10036** | **Television Distribution Agreement** |

Sheet __**2**__ of __**6**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Cable Ready Corporation**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Into the Wild, LLC**<br>**Attn: Officer, Manager or**<br>**General Agent**<br>**108 South 12th Street**<br>**Tampa, FL 33602** | **Television Distribution Agreement** |
| **Katipo Productions**<br>**Attn : Off. Mgr. or Gen. Agent**<br>**20b Tui Street**<br>**Fendalton, Christchurch**<br>**New Zealand** | **Television Distribution Agreement** |
| **Kralyevich Productions Inc.**<br>**Attn: Officer, Manager or**<br>**General Agent**<br>**208 West 30th Street**<br>**New York, NY 10001** | **Television Distribution Agreement** |
| **Landmark Media Inc.**<br>**Attn: Officer, Manager or**<br>**General Agent**<br>**3450 Slade Run Drive**<br>**Falls Church, VA 22024** | **Television Distribution Agreement** |
| **Leftfield Pictures of NYC, Inc**<br>**Attn: Chris Valenti**<br>**460 West 34th Street**<br>**16th Floor**<br>**New York, NY 10001** | **Television Distribution Agreement** |
| **Lions Gate Television Int'l**<br>**Attn : Craig Cegielski**<br>**2700 Colordao Avenue Suite 200**<br>**Santa Monica, CA 90404** | **Television Distribution Agreement** |
| **LMNO Cable Group, Inc.**<br>**Attn: Officer, Manager or**<br>**General Agent**<br>**15821 Ventura Blvd. Suite 320**<br>**Encino, CA 91436** | **Television Distribution Agreement** |
| **Masterwork Media LLC**<br>**Attn: Officer, Manager or**<br>**General Agent**<br>**11576 Senie Lane**<br>**Carmel, IN 46032** | **Television Distribution Agreement** |
| **Media Ark LTD**<br>**Attn: Off., Mgr. Gen. Agent**<br>**1/6 Bolt Court**<br>**London EC4A 3DQ**<br>**England** | **Television Distribution Agreement** |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

In re    **Cable Ready Corporation**                                         ,    Case No. _____

                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Media Entertainment Inc.**<br>**Attn: Bob Emery**<br>**4710 Eisenhower Boulevard**<br>**C/6**<br>**Tampa, FL 33834** | **Television Distribution Agreement** |
| **Medstar Television, Inc.**<br>**Attn: Officer, Manger or**<br>**General Agent**<br>**5920 Hamilton Boulevard**<br>**Allentown, PA 18106** | **Television Distribution Agreement** |
| **Merit Entertainment Inc.**<br>**Attn: Off., Mgr. Gen Agent**<br>**248 Princess Street**<br>**Winnipeg MB R3B**<br>**1M2 Canada** | **Television Distribution Agreement** |
| **Michael Hoff Productions**<br>**Attn: Michael Hoff**<br>**5900 Hollis Street, Suite O**<br>**Emeryville, CA 94608** | **Television Distribution Agreement** |
| **Murphy Entertainment Group**<br>**Attn: Officer, Manager or**<br>**General Agent**<br>**7025 Raymond Road**<br>**Madison, WI 53719** | **Television Distribution Agreement** |
| **NGC Networks US, LLC**<br>**Attn: Kurt R. Klaus**<br>**1145 17th Street**<br>**Washington, DC 20036** | **Television Distribution Agreement March 2006** |
| **NGC Networks US, LLC**<br>**Attn: Kurt R. Klaus**<br>**1145 17th Street**<br>**Washington, DC 20036** | **Television Distribution Agreement July 2003** |
| **Re: Source Media Inc.**<br>**Attn: Kevin Fox**<br>**180 Bloor Street West St 803**<br>**Toronto ON**<br>**CANADA M5S 2V6** | **Television Distribution Agreement** |
| **ReelzChannel LLC**<br>**Attn: David A. Jones**<br>**3650 University Boulevard**<br>**Building D**<br>**Albuquerque, NM 87106** | **Television Distribution Agreement** |

Sheet __4__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Cable Ready Corporation**                                            ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **S&G Holdings dba High Five Ent**<br>**Attn: Officer, Manager or**<br>**General Agent**<br>**500 Church St, Suite 600**<br>**Nashville, TN 37219** | **Television Distribution Agreement** |
| **Scott Patrick Productions**<br>**Attn: Scott Patrick**<br>**800 Liberty Circle**<br>**Englewood, CO 80112** | **Television Distribution Agreement** |
| **Screaming Flea Productions Inc**<br>**Attn: Matt Chan**<br>**2720 Third Avenue**<br>**Seattle, WA 98121** | **Television Distribution Agreement** |
| **Season on the Edge, LLC**<br>**Attn: Off., Mgr, Gen. Agent**<br>**5425 Ocean View Boulevard**<br>**La Canada**<br>**Flintridge, CA 91011** | **Television Distribution Agreement** |
| **SnagFilms Inc.**<br>**Attn: David Karp**<br>**1717 Rhode Island Avenue NW**<br>**Washington, DC 20036** | **Television Distribution Agreement** |
| **Spacecraft Films**<br>**Attn: Officer, Manager or**<br>**General Agent**<br>**1799 West 5th Avenue, #118**<br>**Columbus, OH 43212** | **Television Distribution Agreement** |
| **Speed Channel, Inc.**<br>**Attn: Kevin L. Wilson**<br>**1220 W,  WT Harris Boulevard**<br>**Charlotte, NC 28262** | **Television Distribution Agreement** |
| **Sportslife Media, Inc.**<br>**Attn: Jeff Engman**<br>**408 Eagle Pass**<br>**Durango, CO 81301** | **Television Distribution Agreement** |
| **The NY Times Television Div.**<br>**of The New York Times Company**<br>**Attn: Off., Mgr. or Gen. Agent**<br>**229 West 43rd Street**<br>**New York, NY 10036** | **Television Distribution Agreement** |
| **The Weather Channel, Inc.**<br>**Attn: Geoffrey Darby, Exec VP**<br>**300 Interstate North Parkway**<br>**Atlanta, GA 30339** | **Television Distribution Agreement** |

Sheet __5__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Cable Ready Corporation**                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Todd English Productions, LLC** **Attn:  Officer, Manager or** **    General Agent** **One First Avenue, Suite 206** **Charlestown, MA 02129** | **Television Distribution Agreement** |
| **Tony Award Productions** **Attn: Alan Wasser Associates** **1650 Broadway** **Suite 800** **New York, NY 10019** | **Television Distribution Agreement** |
| **TV Guide Entertainment** **Properties, LLC** **Attn: Stacy Lifton, Exec. VP** **1800 North Highland Avenue** **Hollywood, CA 90028** | **Television Distribution Agreement** |
| **Whitewolf Entertainment, Inc.** **Attn: Doug Hajicek, President** **11610 Jay Street** **Minneapolis, MN 55448** | **Television Distribution Agreement** |
| **Worldwide Media Group** **Attn: Officer, Manager or** **    General Agent** **111 Rockville Pike, Suite 425A** **Rockville, MD 20850** | **Television Distribution Agreement** |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Cable Ready Corporation**                                              ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cable Ready Productions, LLC**<br>**98 East Avenue**<br>**Norwalk, CT 06851** | **Connecticut Community Bank N.A**<br>**d/b/a Norwalk Bank & Trust**<br>**605 West Avenue**<br>**Norwalk, CT 06850** |
| **Cable Ready Productions, LLC**<br>**98 East Avenue**<br>**Norwalk, CT 06851** | **Connecticut Community Bank N.A**<br>**d/b/a Norwalk Bank & Trust**<br>**605 West Avenue**<br>**Norwalk, CT 06850** |
| **Gary Lico**<br>**1115 Westover ROad**<br>**Stamford, CT 06902** | **Connecticut Community Bank N.A**<br>**d/b/a Norwalk Bank & Trust**<br>**605 West Avenue**<br>**Norwalk, CT 06850** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **Cable Ready Corporation**

Debtor(s)

Case No.

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 21, 2013**

Signature  **/s/ Gary Lico**

**Gary Lico**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Connecticut

In re  **Cable Ready Corporation**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$809,053.00** | **2013 1st Qtr.: Debtor Business Income** |
| **$5,887,879.00** | **2012: Debtor Business Income** |
| **$8,054,634.00** | **2011: Debtor Business Income** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
□

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Various - See Attachment-1 to SOFA** | **3/21/2012-6/21/2013** | **$516,544.54** | **$0.00** |

None
□

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Innis Arden Golf Club<br>120 Tomac Avenue<br>Old Greenwich, CT 06870** | **July 31, 2012 through<br>February 28, 2013<br>(On behalf of Gary Lico)** | **$15,814.68** | **$0.00** |
| **CT Commissioner of Revenue Services<br>Taxpayer Services Division<br>25 Sigourney Street<br>Hartford, CT 06106** | **July 2, 2012<br>April 15, 2013<br>(On behalf of Gary Lico)** | **$20,652.00** | **$0.00** |
| **Internal Revenue Service<br>Department of Treasury<br>P.O. Box 37008<br>Hartford, CT 06176** | **July 2, 2012<br>September 10, 2012<br>April 15, 2013<br>(On behalf of Gary Lico)** | **$30,620.01** | **$0.00** |
| **Gary Lico<br>1115 Westover Road<br>Stamford, CT 06902** | **Compensation<br>July 2013 through June<br>2013** | **$234,993.67** | **$0.00** |
| **Lou Occhicone<br>Cable Ready Corp.<br>98 East Avenue<br>Norwalk, CT 06851** | **Compensation<br>7/2012 through 6/2013** | **$211,455.39** | **$0.00** |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pullman & Comley, LLC** **850 Main Street** **8th Floor** **Bridgeport, CT 06604** | **6/17/2013** | **$50,000.00** |
| **McGladrey, LLP** **850 Canal Street** **Stamford, CT 06902** | **6/20/2013** | **$10,000** |

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
6

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **McGladrey, LLP**<br>**850 Canal Street**<br>**Stamford, CT 06902** | **2006 to present** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Norwalk Bank & Trust** | **November 2012** |
| **605 West Avenue** | |
| **Norwalk, CT 06850** | |

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Gary Lico** | **President** | **100%** |
| **Cable Ready Corp.** | | |
| **98 East Avenue** | | |
| **Norwalk, CT 06851** | | |

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **June 21, 2013**          Signature **/s/ Gary Lico**
                                          **Gary Lico**
                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## SOFA - Attachment 1

3/21/13 - 6/21/13

| Recipient | Amount Paid | |
|---|---|---|
| WE: Women's Entertainment LLC | $87,866.72 | |
| American Express | $80,708.65 | |
| CABLEready Productions | $73,860.55 | Intercompany |
| Medstar Communications, Inc. | $55,892.21 | |
| 100 East Avenue, LLC | $29,424.99 | |
| CONNECTICUT COMMUNITY | $21,805.00 | |
| Reed Midem Organisation | $20,161.43 | |
| David Fox & Associates Inc. | $20,097.34 | |
| NBC/Bravo | $20,000.00 | |
| The Lippin Group Inc | $20,000.00 | |
| The Lippin Group Press Release | $2,000.00 | |
| Severance Payments | $6,826.30 | |
| Prometheus Global Meida | $13,923.00 | |
| Avec Eric LLC | $12,246.60 | |
| Virgo Business Centers, LLC | $12,065.86 | |
| Peter Displays LTD T/A Limelight | $10,530.03 | |
| Landmark Media | $7,404.09 | |
| Pencil Media Pte Ltd. | $6,120.00 | |
| Scott Patrick Productions | $6,070.31 | |
| Peloton Media Advisors, LLC | $5,000.00 | |
| Pavia & Harcourt | $4,541.46 | |
| | | |
| Total | $516,544.54 | |

# United States Bankruptcy Court
## District of Connecticut

In re    **Cable Ready Corporation**

_____

Debtor(s)

Case No. _____

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **50,000.00** |
| Prior to the filing of this statement I have received | $ | **50,000.00** |
| Balance Due | $ | **0.00** |

2.    $ **0.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.    [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 21, 2013**
_____

**/s/ Elizabeth J. Austin**
**Elizabeth J. Austin**
**Pullman & Comley, LLC**
**850 Main Street**
**8th Floor**
**Bridgeport, CT 06604**
**203-330-2000  Fax: 203-576-8888**

---

# United States Bankruptcy Court
## District of Connecticut

In re    **Cable Ready Corporation**
_____ ,
                                    Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gary Lico**<br>**1115 Westover Road**<br>**Stamford, CT 06902** | | | **100 % Stock** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**June 21, 2013**_____          Signature  **/s/ Gary Lico**_____
                                                      **Gary Lico**
                                                      **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Connecticut

In re   **Cable Ready Corporation**                                       Case No.

                                   Debtor(s)       Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 21, 2013**                       **/s/ Gary Lico**

                                              **Gary Lico**/President
                                              Signer/Title

100 East Avenue, LLC
c/o WFL Real Estate Svs. LLC
161 East Avenue, Suite #104
Norwalk, CT 06851

412082 Canada, Inc.
Atn: Off. Mgr. Gen. Agent
640 Notre Dame, Suite 100
Saint-Lambert, Quebec J4P 2L1
CANADA

4121082 CANADA INC.
John Kuyk
640 Notre Dame, Suite 100
Sain - Lambert,
Quebec , Canada J4P 2L1

Actors Studio, Inc.
432 W. 44th Street
New York, NY 10036

Actors Studio, Inc.
Attn: James Lipton Exec. Prod.
1633 Broadway, 27th Floor
New York, NY 10019

Aito Media
Hameentie 157
4th Floor 00560
Helsinkie, Finland

Aito Media
Attn: Eero Hietala
Hameentie 157, 4th Floor
00560
Helsinkie, Finland

Anthem BCBS
PO Box 1168
Newark, NJ 07101-1168

AT&T Mobility
PO Box 537104
Atlanta, GA 30353-7104

Atomic Age Films dba
Space Age Television
Attn: Off., Mgr., or Gen Agent
475 2nd Street North #303
Saint Petersburg, FL 33701


Atomic Films
dba:Spaceage Television□□
1301 47th Ave., NE□□
Saint Petersburg, FL 33703


Avec Eric LLC
536 Broadway
11th Floor
New York, NY 10012


Avec Eric, LLC
Attn: Officer, Manager or
     General Agent
536 Broadway, 11th Floor
New York, NY


Bat Guys Production, Inc.
380 Adelaide Street West
3rd Floor
Toronto
ONTARIO  M5V 1R7 CANADA


Blue Chip Films, LLC
Attn: Nick Verbitsky
23 South Main Street
Norwalk, CT 06850


Bosch Media Group
15873 Old Stonebridge Trail□□
Brainerd, MN 56401


Bosch Media Group
Attn: Officer, Manager
  or General Agent
2172 Ann Arbor Street
Saint Paul, MN 55104


Bosch Media, LLC
Attn: Dale Bosch
2172 Ann Arbor Street
Saint Paul, MN 55105

Buck Productions
18 Camden Street
Toronto M5V 1V1
Toronto, CANADA


Buck Productions
Attn: Jim Kiriakakis
543 Richmond St. West, Ste 201
Toronto Canada M5V 1Y6
CANADA


Burrud Productions Inc.
468 North Camden Drive
2nd Floor
Beverly Hills, CA 90210


Burrud Productions, Inc.
Attn: John Burrud
468 North Camden Drive
Second Floor
Beverly Hills, CA 90210


Cable Ready Productions, LLC
98 East Avenue
Norwalk, CT 06851


Canamedia
Attn: Off., Mgr., Gen. Agent
2 Pardee Avenue Ste. 102
Toronto Ontario
CANADA M6K 3H5


Canon Business Solutions Inc.
4 Ohio Drive
New Hyde Park, NY 11042


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


Canon Financial Services, Inc.
14904 Collections Center Dr.
Chicago, IL 60693

City Lights International dba
City Lights Pictures
Attn: Off., Mgr., Gen. Agent
6 East 39th Street
New York, NY 10016


Connecticut Community Bank N.A
d/b/a Norwalk Bank & Trust
605 West Avenue
Norwalk, CT 06850


Connecticut Community Bank NA
PO Box 309
Westport, CT 06881-0309


Courtroom Television
   Network, LLC
Attn: Off., Mgr, or Gen. Agent
600 Third Avenue
New York, NY 10016


Craterlion Introductions
Attn: Officer, Manager or
      General Agent
1941 Caversham Way
Folsom, CA 95630


Craterlion Productions LLC
c/o Jim Brasher
16117 W. Sunset Boulevard
 #103
Pacific Palisades, CA 90272


Deep Explorers Inc.
Attn Off., Mgr. Gen. Agent
dba Dan Crowell Media Produc.
P.O. Box 302
Brielle, NJ 08730


Deep Explorers, Inc.
dba Dan Crowell Media
PO Box 302
Brielle, NJ 08730

Discovery Communications, LLC
Attn: Debbie Myers
One Discovery Place
Silver Spring, MD 20910


Echo Pictures
Marc Doyle
2514 GA Highway 192 South
Twin City, GA 30471


Extreme Esther Productions,Inc
Attn: Off, Mgr. Gen. Agent
280 Adelaide St. West  3d Fl
Toronto Ontario
Canada M5V 1R7


FED EX
PO BOX 371461
Pittsburgh, PA 15250-7461


Force Quit Productions, Inc.
59 Wilshire Boulevard
Suite 2250
Los Angeles, CA 90036


Force Quit Productions, Inc.
Attn: Officer, Manager or
      General Agent
6600 Lexington Avenue
Los Angeles, CA 90038


Gary Lico
1115 Westover ROad
Stamford, CT 06902


Global Telemedia Group, Inc.
PO Box 990604
Boston, MA 02199


Goddunnit Promotions
Attn: Officer, Manager or
      General Agent
PO Box 312
Juliasdale, Zimbabwe

```
Great Museums LLC
Attn: Officer, Manager or
     General Agent
2514 Highway 192 South
Twin City, GA 30471


Harmony Entertainment, Inc.
Attn: Jeff Stecyk
2704 10th Avenue
Saskatchewan
CANADA S4T 1E9


Hearst-Argyle Television Inc.
Attn: Officer, Manager or
     General Agent
300 West 57th Street
New York, NY 10019


Hidden Treasures Production In
Stuart B. Rekant
56 West 45th Street
Suite 805
New York, NY 10036


Hidden Treasures Production In
Attn: Officer, Manager or
General Agent
1180 Ave. of Americas 14th Fl.
New York, NY 10036


High Five Entertainment Inc.
500 Church Street
Suite 600
Nashville, TN 37219


Into the Wild, LLC
108 South 12th Street
Tampa, FL 33602


Into the Wild, LLC
Attn: Officer, Manager or
     General Agent
108 South 12th Street
Tampa, FL 33602
```

Katipo Productions
The Old Fire Station
140 Tabernacle Street,
London, EC2A 4SD
London, UK


Katipo Productions
Attn: Off. Mgr. or Gen. Agent
20b Tui Street
Fendalton, Christchurch
New Zealand


KPI
39 Broadway, 3rd Floor
New York, NY 10006


Kralyevich Productions Inc.
Attn: Officer, Manager or
      General Agent
208 West 30th Street
New York, NY 10001


Landmark Media Inc.
Attn: Officer, Manager or
      General Agent
3450 Slade Run Drive
Falls Church, VA 22024


Leftfield Pictures of NYC, Inc
Attn: Chris Valenti
460 West 34th Street
16th Floor
New York, NY 10001


Lightship Entertainment, Inc.
2200 NE 26th Street
Suite "M"
Wilton Manors, FL 33305


Lions Gate Television Int'l
Attn : Craig Cegielski
2700 Colordao Avenue Suite 200
Santa Monica, CA 90404

Lionsgate Entertainment
Accounts Department
2700 Colorado Avenue
Santa Monica, CA 90404


LMNO Cable Group, Inc.
15821 Ventura Boulevard
Suite 320
Encino, CA 91436


LMNO Cable Group, Inc.
Attn: Officer, Manager or
      General Agent
15821 Ventura Blvd. Suite 320
Encino, CA 91436


Masterwork Media LLC
Attn: Officer, Manager or
      General Agent
11576 Senie Lane
Carmel, IN 46032


McGladrey, LLP
5155 Paysphere Circle
Chicago, IL 60674


Media Ark LTD
Attn: Off., Mgr. Gen. Agent
1/6 Bolt Court
London EC4A 3DQ
England


Media Entertainment Inc.
Attn: Bob Emery
4710 Eisenhower Boulevard
C/6
Tampa, FL 33834


Media Entertainment, Inc.
Attn: Sue Emery
13194 US Highway 301 South
Suite 320
Riverview, FL 33569

MedStar Communications, Inc.
5100 Tilghman Street
Suite 365
Allentown, PA 18104


Medstar Television, Inc.
Attn: Officer, Manger or
       General Agent
5920 Hamilton Boulevard
Allentown, PA 18106


Merit Entertainment Inc.
Attn: Off., Mgr. Gen Agent
248 Princess Street
Winnipeg MB R3B
1M2 Canada


Merit Entertainment, Inc.
248 Princess Street
Winnipeg
Manitoba R3B1M2
CANADA


Michael Hoff Productions
Attn: Michael Hoff
5900 Hollis Street, Suite O
Emeryville, CA 94608


Michael Hoff Productions, Inc.
5900 Hollis Street
Suite "O"
Emeryville, CA 94608


Murphy Entertainment Group
c/o Television Wisconsin Inc.
7025 Raymond Road
Madison, WI 53719


Murphy Entertainment Group
Attn: Officer, Manager or
       General Agent
7025 Raymond Road
Madison, WI 53719


National Geographic
1145 17th Street, NW
Washington, DC 20036

National Geographic Internatl
1145 17th Street, NW
Washington, DC 20036


NBC/Bravo
Holly Tang
30 Rockefeller Plaza
Room 813 East
New York, NY 10112


New York Times Television
620 8th Avenue
5th Floor
New York, NY 10018


NGC Networks US, LLC
Attn: Kurt R. Klaus
1145 17th Street
Washington, DC 20036


Northeast Utilities
PO Box 2960
Hartford, CT 06104-2960


Pavia & Harcourt
590 Madison Avenue
8th Floor
New York, NY 10022


Peleton Entertainment
Attn: Jenn Lia
33 Tower Drive
Darien, CT 06820


Pencil Media PTE Ltd.
Content Asia
730A Geylang Road
389641
Singapore ASIA


Re: Source Media
Attn: Kevin Fox
55 Administration Rd Suite 22
Concord, ON L4K4G9
CANADA

Re: Source Media Inc.
Attn: Kevin Fox
180 Bloor Street West St 803
Toronto ON
CANADA M5S 2V6


Reelz Channel
5650 University Avenue SE
Building D
Albuquerque, NM 87106


ReelzChannel LLC
Attn: David A. Jones
3650 University Boulevard
Building D
Albuquerque, NM 87106


S&G Holdings dba High Five Ent
Attn: Officer, Manager or
      General Agent
500 Church St, Suite 600
Nashville, TN 37219


Scott Patrick Productions
8000 East Prentice Avenue
C-7
Englewood, CO 80112


Scott Patrick Productions
Attn: Scott Patrick
800 Liberty Circle
Englewood, CO 80112


Screaming Flea Productions Inc
Attn: Lisa Hirotani White
5950 6th Avenue South
Suite 109
Seattle, WA 98108


Screaming Flea Productions Inc
Attn: Matt Chan
2720 Third Avenue
Seattle, WA 98121

Season On The Edge LLC
Argoworks
5425 Ocean View Boulevard
La Canada Flintridge, CA 91011


Season on the Edge, LLC
Attn: Off., Mgr, Gen. Agent
5425 Ocean View Boulevard
La Canada
Flintridge, CA 91011


SnagFilms Inc.
Attn: David Karp
1717 Rhode Island Avenue NW
Washington, DC 20036


Snagfilms, Inc.
1717 Rhode Island Avenue, NW
Washington, DC 20036


Spacecraft Films
1799 West 5th Avenue
#118
Columbus, OH 43212


Spacecraft Films
Attn: Officer, Manager or
      General Agent
1799 West 5th Avenue, #118
Columbus, OH 43212


Speed Channel, Inc.
Kevin Wilson
1220 West W.T. Harris Blvd.
Charlotte, NC 28262


Speed Channel, Inc.
Attn: Kevin L. Wilson
1220 W, WT Harris Boulevard
Charlotte, NC 28262


Sportslife Media, Inc.
Attn: Jeff Engman
408 Eagle Pass
Durango, CO 81301

Standard Oil of Connecticut In
PO Box 9701
Stratford, CT 06615


Stanley Convergent
Security Solutions
Dept. Ch 10651
Palatine, IL 60055


Steve Cheskin
809 Woodside Parkway
Silver Spring, MD 20910


The Lippin Group, Inc.
6100 Wilshire Boulevard, #400
Los Angeles, CA 90048-5111


The NY Times Television Div.
of The New York Times Company
Attn: Off., Mgr. or Gen. Agent
229 West 43rd Street
New York, NY 10036


The Weather Channel, Inc.
Attn: Geoffrey Darby, Exec VP
300 Interstate North Parkway
Atlanta, GA 30339


Todd English Productions, LLC
 First Avenue
Suite 206
Charlestown, MA 02129


Todd English Productions, LLC
Attn: Officer, Manager or
       General Agent
One First Avenue, Suite 206
Charlestown, MA 02129


Tony Award Productions
1650 Broadway
Suite 800
New York, NY 10019

Tony Award Productions
Attn: Alan Wasser Associates
1650 Broadway
Suite 800
New York, NY 10019


TruTV
Attn: Laura Forti
One Time Warner Circle
New York, NY 10019


TV Guide Entertainment
Properties, LLC
Attn: Stacy Lifton, Exec. VP
1800 North Highland Avenue
Hollywood, CA 90028


TV Guide Television Group
Attn:Stacy Lifton
1800 North Highland Avenue
Los Angeles, CA 90028


Universal Business Equipment
PO Box 55310
Bridgeport, CT 06610


WE: Women's Entertainment, LLC
c/o AMC Networks Accounting
11 Penn Plaza, 16th Floor
New York, NY 10001


Weather Channel, Inc.
Lockbox 101535
3585 Atlanta Avenue
Hapeville, GA 30354


WFL Real Estate Services
162 East Avenue
Suite 1A
Norwalk, CT 06851


Whitewolf Entertainment, Inc.
Attn: Doug Hajicek, President
11610 Jay Street
Minneapolis, MN 55448

```
Wine Portfolio Media Group Inc
Jennifer Strange
55 Administration Road Unit 22
Concord, ON L4K 4G9
CANADA


Worldwide Media Group
Attn: Officer, Manager or
      General Agent
111 Rockville Pike, Suite 425A
Rockville, MD 20850
```

# United States Bankruptcy Court
## District of Connecticut

In re __Cable Ready Corporation__

Debtor(s)

Case No.

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Cable Ready Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 21, 2013

Date

/s/ Elizabeth J. Austin

**Elizabeth J. Austin**

Signature of Attorney or Litigant

Counsel for __Cable Ready Corporation__

**Pullman & Comley, LLC**

**850 Main Street**
**8th Floor**
**Bridgeport, CT 06604**
**203-330-2000 Fax:203-576-8888**