McGladrey LLP
850 Canal Street, 4th Floor
Stamford, CT 06902-6902
O 203.327.3112  F 203.359.2289
www.mcgladrey.com

 McGladrey

CABLE READY CORPORATION
99 EAST AVENUE
NORWALK, CT 06851

October 30, 2013

Account No. 736-222-6

Amount Due **$12,372.50**

2012 Year End Accounting update, including adjustments to balance sheet assets and liabilities:

|  | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| Lisa Ball | 07/29/2013 | 4.60 | $290.00 | $1,334.00 |
| Lisa Ball | 07/30/2013 | <u>6.90</u> | $290.00 | <u>$2,001.00</u> |
|  |  | **11.50** |  | **$3,335.00** |
| Michael Archer | 07/23/2013 | 0.60 | $395.00 | $ 237.00 |
| Michael Archer | 07/29/2013 | 0.20 | $395.00 | $  79.00 |
| Michael Archer | 07/31/2013 | 0.50 | $395.00 | $ 197.50 |
| Michael Archer | 08/01/2013 | 1.30 | $395.00 | $ 513.50 |
| Michael Archer | 08/02/2013 | 1.00 | $395.00 | $ 395.00 |
| Michael Archer | 08/05/2013 | 0.80 | $395.00 | $ 316.00 |
| Michael Archer | 10/24/2013 | <u>0.50</u> | $395.00 | <u>$ 197.50</u> |
|  |  | **4.90** |  | **$1,935.50** |

2012 S Corporation Tax Preparation including States of CT and NY:

| Lisa Ball | 07/24/2013 | 0.30 | $290.00 | $  87.00 |
|---|---|---|---|---|
| Lisa Ball | 07/25/2013 | 0.90 | $290.00 | $ 261.00 |
| Lisa Ball | 07/31/2013 | 4.00 | $290.00 | $1,160.00 |
| Lisa Ball | 08/02/2013 | 1.70 | $290.00 | $ 493.00 |
| Lisa Ball | 08/26/2013 | 0.20 | $290.00 | $. 58.00 |
| Lisa Ball | 08/29/2013 | <u>0.50</u> | $290.00 | <u>$ 145.00</u> |
|  |  | **7.60** |  | **$2,204.00** |
| Michael Archer | 07/11/2013 | 1.00 | $395.00 | $ 395.00 |
| Michael Archer | 08/26/2013 | 0.80 | $395.00 | $ 316.00 |
| Michael Archer | 08/28/2013 | 1.00 | $395.00 | $ 395.00 |
| Michael Archer | 09/11/2013 | 1.00 | $395.00 | $ 395.00 |
| Michael Archer | 09/12/2013 | <u>4.00</u> | $395.00 | <u>$1,580.00</u> |
|  |  | **7.80** |  | **$3,081.00** |

IRS Form 13736:

| Michael Archer | 07/14/2013 | <u>0.50</u> | $395.00 | <u>$197.50</u> |
|---|---|---|---|---|
|  |  | **0.50** |  | **$197.50** |

 **McGladrey**

McGladrey LLP
850 Canal Street, 4th Floor
Stamford, CT 06902-6902
O 203.327.3112  F 203.359.2289
www.mcgladrey.com

Discussions with Gary Lico on 07/10, 07/23, 08/19 and 10/16 on status
of bankruptcy proceedings, offers to Sell and discussions regarding bank debt:

| | | | | |
|---|---|---|---|---|
| Michael Archer | 07/10/2013 | 0.50 | $395.00 | $197.50 |
| Michael Archer | 07/23/2013 | 0.40 | $395.00 | $158.00 |
| Michael Archer | 08/19/2013 | 0.50 | $395.00 | $197.50 |
| Michael Archer | 10/16/2013 | 0.40 | $395.00 | $158.00 |
| | | **1.80** | | **$711.00** |

Discussions with John Casey on 06/28, 07/02, 07/10, 07/11, 07/16 and 07/18 in regard
to bankruptcy proceedings, current balances of Accounts Receivable,
Accounts Payable, and provide 2012 information for bankruptcy proceedings:

| | | | | |
|---|---|---|---|---|
| Michael Archer | 06/28/2013 | 0.50 | $395.00 | $197.50 |
| Michael Archer | 07/02/2013 | 0.40 | $395.00 | $158.00 |
| Michael Archer | 07/10/2013 | 0.50 | $395.00 | $197.50 |
| Michael Archer | 07/11/2013 | 0.50 | $395.00 | $197.50 |
| Michael Archer | 07/16/2013 | 0.20 | $395.00 | $ 79.00 |
| Michael Archer | 07/18/2013 | 0.20 | $395.00 | $ 79.00 |
| | | **2.30** | | **$908.50** |

**Total Hours 36.40**          **Total Due $12,372.50**

Member of the RSM International network of independent accounting, tax and consulting firms.