# EXHIBIT A

## Exhibit A

| Timekeeper Number | Timekeeper | Hours | Fees |
|---|---|---|---|
| 1032 | Michael N. LaVelle | 0.80 | $ 336.00 |
| 1172 | Elizabeth J. Austin | 137.50 | 61,875.00 |
| 1284 | Mary Dean | 7.90 | 1,659.00 |
| 1342 | Irve J. Goldman | 0.20 | 99.00 |
| 1385 | Jessica Grossarth | 90.60 | 28,992.00 |

**GRAND TOTAL FEES:** $ 92,961.00