# EXHIBIT A



McGladrey LLP
850 Canal Street, 4th Floor
Stamford, CT 06902-6902
O 203.327.3112  F 203.359.2289
www.mcgladrey.com

CABLE READY CORPORATION
99 EAST AVENUE
NORWALK, CT 06851

January 28, 2014

Account No. 736-222-6

Amount Due **$3,311.21**

Professional services rendered for the period 11/01/2013 through 01/24/2014:

| Person | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Michael Archer | 11/08/2013 | Discussed with Don Polchinski tax research for Bankruptcy. | 1.00 | $395.00 | $395.00 |
| Michael Archer | 11/09/2013 | Discussion with John Casey on the month of September balance sheet and income statement and review debt & discharge. | 2.00 | $395.00 | $790.00 |
| Michael Archer | 11/13/2013 | Discussion with John Casey for tasks to do post John Casey departure. | 0.50 | $395.00 | $197.50 |
| Michael Archer | 11/15/2013 | Telephone call with Jessica Grossarth on status of plan. | 0.50 | $395.00 | $197.50 |
| Don Polchinski | 11/18/2013 | Bankruptcy tax research and liquidating trust. | 2.50 | $395.00 | $987.50 |
| Michael Archer | 11/25/2013 | Telephone call with Gary Lico to discuss status of monthly operating reports. | 0.20 | $395.00 | $ 79.00 |
| Michael Archer | 01/16/2014 | Monthly operating reports and discussion with Gary Lico. | 0.50 | $395.00 | $197.50 |
| Michael Archer | 01/21/2014 | Received and read Plan of Liquidation under Chapter 11 of the US Bankruptcy Code for Cable Ready Corporation. | 1.10 | $395.00 | $434.50 |
| Fed Express charge – Corporate Tax Return | | | | | $ 32.71 |

**Total Hours 8.30**               **Total Due $3,311.21**